# United States District Court
## Violation Notice

EVG6

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 7335476 | F. FERER | 1044 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged  ☐CFR  ☐USC  ☐State Code |
|---|---|
| 12/10/17  1353 | 36 CFR 4.2 (a) |

Place of Offense

S US GwMP No RamP from 50

Offense Description: Factual Basis for Charge    HAZMAT ☐

SPEED 72/40 m/h

PACE UC NCR 24527            17-113

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| WILLIAMS | MATTHEW | R |

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| VSJ-9546 | VA | 17 | GENE  4dr | | BLK |

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy)

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy)

$ _____ Forfeiture Amount
+ $30 Processing Fee

**PAY THIS AMOUNT →** $ _____ Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) |
|---|---|
| U.S. DISTRICT COURT 401 COURTHOUSE SQ ALEXANDRIA VA 22314 | 2/15/18 |
| | Time (hh:mm) 9:00 |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature

CVB SCAN DEC 21, 2017 14:54

---

I state that on _____, 20___ while exercising my duties as a law enforcement officer in the _____ District of _____

The foregoing statement is based upon:

☐ my personal observation   ☐ my personal investigation

☐ information supplied to me from my fellow officer's observation

☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident;  PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;  CMV = Commercial vehicle involved in incident

CVB SCAN DEC 21, 2017 14:54