# United States District Court
## Violation Notice

EV66

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 7335477 | F. FEASR | 1044 |

7335477

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☒CFR ☐USC ☐State Code |
|---|---|
| 12/10/17 1353 | 36 CFR 4.2 / VA 46.2-862(A) |

**Place of Offense**
SB GWMP N/o Ramp from RT 50

**Offense Description: Factual Basis for Charge** HAZMAT ☐
Reckless Driving
80 MPH or 30 MPH over the limit

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| WILLIAMS | MATTHEW | R |

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| VSJ-9546 | VA | 17 | GMC 4Dr | | Blk |

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.

$ _____ Forfeiture Amount
+ $30 Processing Fee
PAY THIS AMOUNT → $ _____ Total Collateral Due

### YOUR COURT DATE

Court Address: U.S. District Court
401 Courthouse Sq
Alexandria, VA 22314
(703) 299-2100

Date: 2/18/18
Time: 0900

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature

(Rev. 09/2015)   Original - CVB Copy

CVB SCAN DEC 21, 2017 14:54

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on _____, 20___ while exercising my duties as a law enforcement officer in the _____ District of _____

The foregoing statement is based upon:
☐ my personal observation   ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident